UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1041
_____

HEATHER R. OBERDORF;
MICHAEL A. OBERDORF, her husband,
Appellants
v.
AMAZON.COM INC.,
a Washington Corporation
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4-16-cv-01127)
District Judge:  The Honorable Matthew W. Brann
_____

Before: SMITH, *Chief Judge*, AMBRO, CHAGARES, JORDAN, HARDIMAN,
SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY,
PHIPPS, SCIRICA* AND ROTH*, *Circuit Judges*
_____

ORDER SUR PETITION
FOR REHEARING EN BANC
_____

A majority of the active judges having voted for rehearing en banc in the above captioned cases, it is ordered that the petition for rehearing is GRANTED.  The Clerk of this Court shall list the case for rehearing en banc at a time convenient to the Court.   The opinion and judgment entered July 3, 2019 are hereby vacated.

_____

*Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4

1

BY THE COURT,

s/ D. Brooks Smith
Chief Judge

Dated: August 23, 2019

kr/cc: All Counsel of Record